IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **A.J.J.T.**, an individual minor, by and through his mother and next friend, **KELLY D. WILSON**, and **KELLY D. WILSON**, individually, and **DELVIN D. TAVAREZ**, individually,<br><br>    **Plaintiffs**,<br><br>v.<br><br>**UNITED STATES OF AMERICA**,<br><br>    **Defendant.** | Case No. 3:15-cv-01073 |

## PLAINTIFFS' WITNESS LIST

1. Kelly Wilson
   29435 Mare Lane
   Moreno, CA 92555

2. Delvin Tavarez
   1432 Cobblestone Lane
   Pamona, CA 91767

3. Sharon Reid, R.N.
   Palm Coast, FL

   Plaintiffs have designated Ms. Reid's deposition testimony.

4. Barbara Fikes-Maki, R.N.
   Blanchfield Army Community Hospital
   Fort Campbell, KY

   Plaintiffs have designated Ms. Fikes-Maki's deposition testimony.

5. Arif Mahood, M.D.

   Plaintiffs have designated Dr. Mahood's deposition testimony.

6. Michael Hawkins, M.D.
   423 Wild Elm Street

Franklin, TN 37064

7. Joseph Bruner, M.D.
   19 Suffolk Drive
   Midland, TX 79705

8. Janis Cox, CNM
   122 Stephens Lane
   Jacksonville, NC 28546

   Plaintiffs have designated Ms. Cox's deposition testimony taken for use at trial.

9. Allen Elster, M.D.
   Department of Radiology
   Wake Forest School of Medicine
   Medical Center Boulevard
   Winston-Salem, NC 27157

   Plaintiffs have designated Dr. Elster's deposition testimony taken for use at trial.

10. Edward Karotkin, M.D.
    3020 Lynndale Road
    Virginia Beach, VA 23452

11. Garrett Burris, M.D.
    Baylor College of Medicine
    Texas Children's Hospital
    The Woodlands Health Center
    17198 St. Luke's Way, Suite 300
    The Woodlands, TX 77384

12. Patricia Pacey, Ph.D.
    3005 Center Green Drive, Suite 200
    Boulder, CO 80301

13. Robert Cooper, M.D.
    Physician Life Care Planning
    11550 IH 10 West, Suite 375
    San Antonio, TX 78230

Respectfully submitted,

/s/ Gerald D. Jowers, Jr.
Kenneth M. Suggs (Fed ID 3422 *pro hac vice*)
Gerald D. Jowers, Jr. (Fed ID 8025 *pro hac vice*)

JANET JANET & SUGGS, LLC
500 Taylor Street, Suite 301
Columbia, SC 29201
(803) 726-0050 TEL
(803) 727-1059 FAX
ksuggs@jjsjustice.com
gjowers@jjsjustice.com

Donald Capparella, BPR No. 011239
Dodson Parker Behm & Capparella P.C.
1310 6th Avenue North
Nashville, TN 37208
(615) 254-2291 TEL
(615) 726-2241 FAX
capparella@dodsonparker.com

August 2, 2019