IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **A.J.J.T.**, an individual minor, by and through his mother and next friend, **KELLY D. WILSON**, and **KELLY D. WILSON**, individually, and **DELVIN D. TAVAREZ**, individually,<br><br>    Plaintiffs,<br><br>v.<br><br>**UNITED STATES OF AMERICA**,<br><br>    Defendant. | Case No. 3:15-cv-01073 |

## PLAINTIFFS' AMENDED WITNESS LIST

1. Kelly Wilson
   29435 Mare Lane
   Moreno, CA 92555

   Ms. Wilson is the mother of the minor-plaintiff, A.J.J.T. Ms. Wilson will testify as to her prenatal care, the events of her labor and delivery, the events of AJ.J.T.'s delivery, and his medical care thereafter. Ms. Wilson will testify as to her observations and understanding of A.J.J.T.'s current condition, diagnoses, disabilities, and medical and life care needs.

2. Delvin Tavarez
   1203 Ashwell Ct.
   Valrico, FL 33594

   Mr. Tavarez is the father of the minor-plaintiff, A.J.J.T. Mr. Tavarez will testify as to his observations and memories of Ms. Wilson's labor and delivery, A.J.J.T.'s birth and neonatal care, as well as his observations and understanding of A.J.J.T.'s condition, diagnoses, disabilities, and care needs.

3. Sharon Reid, R.N.
   Palm Coast, FL

   Plaintiffs have designated Ms. Reid's deposition testimony. Ms. Reid is a labor and delivery nurse who cared for Ms. Wilson during her labor and delivery on January 10, 2005. She will testify as to her memory of the events of that labor and delivery.

4. Barbara Fikes-Maki, C.N.M.
   Blanchfield Army Community Hospital
   Fort Campbell, KY

   Plaintiffs have designated Ms. Fikes-Maki's deposition testimony. Ms. Fikes-Maki is a certified nurse midwife who was involved in Ms. Wilson's labor and delivery on January 10, 2005. Ms. Fikes-Maki also saw Ms. Wilson during her prenatal care. She is expected to testify as her to care and treatment of Ms. Wilson.

5. Arif Mahood, M.D.

   Plaintiffs have designated Dr. Mahood's deposition testimony. Dr. Mahood is an Obstetrician-Gynecologist. Dr. Mahood provided counseling to Ms. Wilson regarding her suitability to attempt a vaginal birth after cesarean section (VBAC).

6. Michael Hawkins, M.D.
   423 Wild Elm Street
   Franklin, TN 37064

   Dr. Hawkins is an Obstetrician-Gynecologist. Dr. Hawkins will present expert testimony as to the applicable standard of care, deviations from the standard of care, and the result of such deviations on the outcome of this delivery. Further, Dr. Hawkins will testify as to what a reasonable obstetrician would have done in the circumstances presented.

7. Joseph Bruner, M.D.
   19 Suffolk Drive
   Midland, TX 79705

   Dr. Bruner is an Obstetrician-Gynecologist and specialist in maternal-fetal medicine. Dr. Bruner will present expert testimony from the perspective of a high risk obstetrician on Ms. Wilson's suitability for attempting a VBAC, the informed consent process, the standard of care applicable to her labor, deviations from the standard of care, and the consequences of such deviations.

8. Janis Cox, CNM
   122 Stephens Lane
   Jacksonville, NC 28546

   Plaintiffs have designated Ms. Cox's deposition testimony taken for use at trial. Ms. Cox is a certified nurse midwife. She has testified regarding the standard of care applicable to a certified nurse midwife such as Ms. Fikes-Maki and the deviations therefrom.

9.  Allen Elster, M.D.
    Department of Radiology
    Wake Forest School of Medicine
    Medical Center Boulevard
    Winston-Salem, NC 27157

Plaintiffs have designated Dr. Elster's deposition testimony taken for use at trial. Dr. Elster is a neuroradiologist who has reviewed the early brain imaging studies of the minor-plaintiff. Dr. Elster has testified that the brain imaging is consistent with an injury due to inadequate oxygen and/or blood flow to A.J.J.T.'s brain. Based on the appearance of the injury on early imaging, Dr. Elster has testified that the injury most probably occurred around the time of labor and delivery and is consistent with an injury caused by a bradycardia (abnormally low fetal heart rate).

10. Edward Karotkin, M.D.
    3020 Lynndale Road
    Virginia Beach, VA 23452

Dr. Karotkin is a neonatologist. Dr. Karotkin will present expert testimony on the cause of A.J.J.T.'s hypoxic-ischemic encephalopathy and neonatal course. Specifically, Dr. Karotkin will explain that A.J.J.T.'s hypoxic-ischemic encephalopathy and neonatal course was due to an injury caused by inadequate oxygen and/or blood flow to his brain during labor.

11. Garrett Burris, M.D.
    Baylor College of Medicine
    Texas Children's Hospital
    The Woodlands Health Center
    17198 St. Luke's Way, Suite 300
    The Woodlands, TX 77384

Dr. Burris is a pediatric neurologist. Dr. Burris will present expert testimony on the cause of A.J.J.T.'s brain injury, cerebral palsy, seizure disorder, and neurologic deficits. Specifically, Dr. Burris will explain that A.J.J.T.'s long term diagnoses are severe and permanent and the result of a period of damaging hypoxia and/or ischemia during labor.

12. Patricia Pacey, Ph.D.
    3005 Center Green Drive, Suite 200
    Boulder, CO 80301

Dr. Pacey is an economist. Dr. Pacey will testify as to the present value of A.J.J.T.'s economic losses.

13. Robert Cooper, M.D.
    Physician Life Care Planning
    11550 IH 10 West, Suite 375
    San Antonio, TX 78230

Dr. Cooper is a specialist in physical medicine and rehabilitation. Dr Cooper has examined A.J.J.T., visited his home, met with his mother, and reviewed his medical history. Dr. Cooper will present his comprehensive life care plan that includes the medical care, prescription drugs, therapies, and attendant care that A.J.J.T. will require throughout his life. Further, Dr. Cooper will opine on A.J.J.T.'s probable life expectancy.

Respectfully submitted,

/s/ Gerald D. Jowers, Jr.
Kenneth M. Suggs (Fed ID 3422 *pro hac vice*)
Gerald D. Jowers, Jr. (Fed ID 8025 *pro hac vice*)
JANET JANET & SUGGS, LLC
500 Taylor Street, Suite 301
Columbia, SC 29201
(803) 726-0050 TEL
(803) 727-1059 FAX
ksuggs@jjsjustice.com
gjowers@jjsjustice.com

Donald Capparella, BPR No. 011239
Dodson Parker Behm & Capparella P.C.
1310 6th Avenue North
Nashville, TN 37208
(615) 254-2291 TEL
(615) 726-2241 FAX
capparella@dodsonparker.com

August 12, 2019

# CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2019, a copy of Plaintiffs' Amended Witness List, was filed electronically. A copy of said document was served by operation of the Court's electronic filing system on opposing counsel as follows:

Michael L. Roden
Kara F. Sweet
Assistant United States Attorneys
Suite A-961, 110 9th Avenue South
Nashville, TN 37203-3870
michael.roden@usdoj.gov
kara.sweet@usdoj.gov

        Respectfully submitted,

        /s/ Gerald D. Jowers, Jr.
        Kenneth M. Suggs (Fed ID 3422, *pro hac vice*)
        Gerald D. Jowers, Jr. (Fed ID 8025, *pro hac vice*)
        JANET, JANET & SUGGS, LLC
        500 Taylor Street, Suite 301
        Columbia, SC 29201
        (803) 726-0050 TEL
        (803) 727-1059 FAX
        ksuggs@jjsjustice.com
        gjowers@jjsjustice.com

        Donald Capparella, BPR No. 011239
        Dodson Parker Behm & Capparella P.C.
        1310 6th Avenue North
        Nashville, TN 37208
        (615) 254-2291 TEL
        (615) 726-2241 FAX
        capparella@dodsonparker.com

August 12, 2019