UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **A. J.J. T. et al,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | **Case No. 3:15-cv-01073** |
| ) | **Judge Aleta A. Trauger** |
| **UNITED STATES OF** ) | |
| **AMERICA,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

For the reasons explained in the accompanying Findings of Fact and Conclusions of Law, judgment is hereby **ENTERED** in favor of A.J.J.T. on his medical malpractice claim in the amount of $15,153,488, and judgment is **ENTERED** in favor of the United States on the other plaintiffs' claims, which were abandoned prior to trial. Pursuant to the court's inherent power to structure the award granted, the parties are hereby **ORDERED** to confer and to file, within thirty days, a plan for how the funds should be disbursed in accordance with all applicable state and federal laws, including, if necessary, through the establishment of a trust.

Entry of this Order shall constitute final judgment in this case pursuant to Federal Rule of Civil Procedure 58.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
United States District Judge