**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**


A. J.J. T., et al.

                                    Plaintiff,

v.                                                    Case No.: 3:15–cv–01073


United States of America

                                    Defendant,

## **ENTRY OF JUDGMENT**


      Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 1/28/2020 re [152].


                                                    Kirk L. Davies
                                        s/ Alia D. Morgan, Deputy Clerk